```
UNITED STATES DISTRICT COURT
   MIDDLE DISTRICT OF FLORIDA
       FORT MYERS DIVISION
```

ORLANDO AGUILAR,

    Plaintiff,

v.                          Case No: 2:19-cv-105-FtM-29NPM

LVNV FUNDING LLC and O&L LAW
GROUP, P.L.,

    Defendants.

---

**ORDER**

    This matter comes before the Court on review of the file. On April 19, 2019, plaintiff filed a motion to strike defendant O&L Law Group, P.L.'s affirmative defenses (Doc. #26). Because defendant O&L Law Group, P.L. filed an Amended Answer and Affirmative Defenses (Doc. #29) on April 25, 2019, plaintiff's motion to strike (Doc. #26) is denied as moot.

    Accordingly, it is hereby

    **ORDERED**:

    Plaintiff's Motion to Strike (Doc. #26) is **DENIED as moot.**

    **DONE and ORDERED** at Fort Myers, Florida, this ___16th___ day of July, 2019.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record